UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THE ESTATE OF DARIAN B. MCCLENDON                                                   PLAINTIFF

v.                                                                      CIVIL ACTION NO. 3:12cv586-DPJ-FKB

WEXFORD HEALTH SOURCES, INC.                                                       DEFENDANT

JUDGMENT

For the reasons given in the Order granting Defendant Wexford Health Sources, Inc.'s Motion for Summary Judgment entered this date, the Court hereby enters a judgment, pursuant to Federal Rule of Civil Procedure 58, in favor of Defendant against Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 6th day of August, 2013.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE